DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WALTER EARL WAYNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WALTER EARL WAYNE,<br><br>            Defendant. | No. Cr. F 93-5186 OWW<br><br>**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:  April 21, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. OLIVER W. WANGER |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on March 4, 2008. The motion was set for hearing on April 21, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

The parties agree, and the Court finds, that Mr. Wayne is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 36 to 34.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 210 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

1    Unless otherwise ordered, Mr. Wayne shall report to the United
2  States Probation office closest to the release destination within
3  seventy-two hours after his release.
4
5  IT IS SO ORDERED.
6  **Dated:   April 17, 2008**             /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

ORDER REDUCING SENTENCE
-2-